UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **GREEN TREE SERVICING LLC,** | Civ. No. 14-1690 (KM)(MAH) |
| Plaintiff, | **ORDER** |
| v. | |
| **JOSE SANTOS ORELLANA, et al.,** | |
| Defendants. | |

    This matter comes before the Court on a motion to remand (Dkt. No. 3) by plaintiff Green Tree Servicing LLC. The defendant did not oppose Green Tree's motion. I referred the motion to United States Magistrate Judge Michael A. Hammer pursuant to 28 U.S.C. § 636(b)(1)(A). Judge Hammer issued a Report and Recommendation (Dkt. No. 4) on May 5, 2015. He recommends that the motion to remand be granted. (Dkt. No. 4, p. 1)

    Federal Rule of Civil Procedure 72(b)(2) gives parties fourteen days to object to a magistrate judge's report and recommendation on a dispositive motion. Here, neither side objected to Judge Hammer's recommendation.

    I have reviewed Judge Hammer's recommendation, the filings, and the entire case record and decided the matter without oral argument pursuant to FED. R. CIV. P. 78. For the reasons stated in Judge Hammer's Report and Recommendation

    It is **ORDERED** that the Report and Recommendation (Dkt. No. 4) is hereby **ADOPTED**. This matter is **REMANDED** to state court for

all further proceedings. The Clerk of this Court is directed to **TERMINATE** the federal case.

_____
KEVIN MCNULTY
United States District Judge